| | | |
|---|---|---|
| CAAP–12–00 00809 | Schoenlein v. State | Affirmed |
| CAAP–11–00 00549 | State v. Iha | Affirmed, Vacated and Remanded |
| CAAP–12–00 00020 | State v. Phillips | Vacated and Remanded |

### September 6, 2013

| | | |
|---|---|---|
| CAAP–12–00 00636 | Child Support Enforcement Agency v. A.P. | Affirmed |

### September 12, 2013

| | | |
|---|---|---|
| CAAP–11–00 00699 | State v. Mahuka | Affirmed |

### September 13, 2013

| | | |
|---|---|---|
| 30677 | Sound v. State, Dept. of Human Services | Affirmed |

### September 18, 2013

| | | |
|---|---|---|
| 30268 | Pereira v. AIG Hawaii Ins. Co., Inc. | Affirmed |
| CAAP–12–00 00818 | State v. Young | Affirmed |

### September 19, 2013

| | | |
|---|---|---|
| CAAP–12–00 00829 | State v. Bento | Affirmed |
| CAAP–11–00 00807 | State v. Miller | Affirmed |

### September 20, 2013

| | | |
|---|---|---|
| CAAP–11–00 00387 | Child Support Enforcement Agency v. MS-M | Affirmed |
| CAAP–11–00 01069 | State v. Gordon | Vacated and Remanded |